IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHANNON H.,

    Plaintiff,

v.                                      Civil Action No. 3:23-cv-460–HEH

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

## FINAL ORDER
(Adopting Magistrate Judge's Report and Recommendation)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (ECF No. 19), filed on June 14, 2024, and Plaintiff's Objections to the Report and Recommendation (ECF No. 20), filed on June 28, 2024. Upon due consideration and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 19) is ACCEPTED and ADOPTED;
(2) Plaintiff's Motion for Summary Judgment (ECF No. 15) is DENIED;
(3) Defendant's Motion for Summary Judgment (ECF No. 18) is GRANTED; and
(4) The decision of the Commissioner is AFFIRMED.

The Clerk is DIRECTED to send a copy of this Final Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

                                                                /s/
                                                    Henry E. Hudson
                                                    Senior United States District Judge

Date: Sept. 27, 2024
Richmond, Virginia